UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAFEWAY INC.,

       Plaintiff(s),                      No. C 11-0761 PJH

    v.                                **ORDER OF RECUSAL**

CITY AND COUNTY OF SAN FRANCISCO, et al.,

       Defendant(s).

_____/

TO ALL PARTIES AND COUNSEL OF RECORD:

I, the undersigned judge of the court, finding myself disqualified in the above-entitled action, hereby recuse myself from this case and request that the case be reassigned pursuant to the provisions of paragraph E.2 of the Assignment Plan.

All pending dates of motions, pretrial conferences and trial are hereby vacated and will be reset by the newly assigned judge.

**IT IS SO ORDERED.**

Dated: March 18, 2011

                                                   _____
                                                   PHYLLIS J. HAMILTON
                                                   United States District Judge