IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAFEWAY INC.,<br><br>       Plaintiff,<br><br>  v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>       Defendants.<br>_____/ | No. C 11-00761 CW<br><br>ORDER GRANTING CALIFORNIA MEDICAL ASSOCIATION'S APPLICATION FOR LEAVE TO FILE AMICUS CURIAE BRIEF<br>(Docket No. 14) |

    The California Medical Association (CMA) applies for leave to file a ten-page amicus curiae brief in support of Defendants City and County of San Francisco, et al.'s motion to dismiss. Plaintiff Safeway Inc. did not respond to the CMA's application.

    The Court GRANTS the CMA's motion. Safeway may respond to the CMA's arguments in a brief not to exceed ten pages. Safeway's response shall be due May 12, 2011, the deadline for its opposition to Defendants' motion to dismiss.

    IT IS SO ORDERED.


Dated: 5/4/2011

                                            CLAUDIA WILKEN<br>                                            United States District Judge