1   DILLINGHAM & MURPHY, LLP
    THOMAS J. KLITGAARD (STATE BAR NO. 33876)
2   WILLIAM F. MURPHY (STATE BAR NO. 82482)
    JOHN N. DAHLBERG (STATE BAR NO. 85122)
3   225 Bush Street, 6th Floor
    San Francisco, CA 94104-4207
4   Telephone:   (415) 397-2700
    Facsimile:   (415) 397-3300
5
6       Attorneys for Plaintiff SAFEWAY INC.

7

8                   UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10                      OAKLAND DIVISION

11

12  SAFEWAY INC., a Delaware              NO. CV 11-00761 CW
    Corporation,
13                                        **STIPULATED APPLICATION
                  Plaintiffs,             FOR AN ORDER CONTINUING
14                                        DATES FOR SUBMITTING
                                          RULE 26(f) REPORT AND
15      v.                                INITIAL DISCLOSURES**

16
    CITY AND COUNTY OF SAN
17  FRANCISCO; THE BOARD OF
    SUPERVISORS FOR THE CITY AND
18  COUNTY OF SAN FRANCISCO; and
    EDWIN M. LEE, in his official capacity
19  of Mayor of the City and County of San
    Francisco,
20
                  Defendants.
21

22

23

24               STIPULATED APPLICATION

25      Plaintiff <u>SAFEWAY INC.</u> ("Safeway") and defendants <u>CITY AND</u>

26  <u>COUNTY OF SAN FRANCISCO; THE BOARD OF SUPERVISORS FOR THE</u>

27  <u>CITY AND COUNTY OF SAN FRANCISCO</u>; and <u>EDWIN M. LEE</u> submit this

28  request that the Court enter an Order directing that the date the parties' Rule 26(f)

1 Report is due and the date parties' Initial Disclosures must be exchanged shall be
2 continued to June 7, 2011.  There is good cause for the entry of this Order, in that
3 the hearing on defendants' motion to dismiss is set for June 2, 2011, and the
4 outcome of that hearing may impact the date for the presently-scheduled Case
5 Management Conference (June 14, 2011).  The parties request this continuance to
6 avoid potentially unnecessary or premature submissions.
7
8 Dated:  May 25, 2011                    DILLINGHAM & MURPHY, LLP
                                         THOMAS J. KLITGAARD
9                                        WILLIAM F. MURPHY
                                         JOHN N. DAHLBERG
10
11
12                                       By:_____/s/_____
                                            Attorneys for Plaintiff
13
14 Dated:  May 25, 2011                    DENNIS J. HERRERA
                                         WAYNE SNODGRASS
15                                       VINCE CHHABRIA
16
17
18                                       By:_____/s/_____
                                            Attorneys for Defendants
19
20 //
21 //
22 //
23 //
24 //
25 //
26 //
27 //
28

1  //

2  //

3                                  ORDER

4

5      The Court, having reviewed the foregoing Stipulation, and good cause

6  appearing, hereby ORDERS that the date for submission of the parties' Rule 26(f)

7  Report and the date for the parties' Initial Disclosures shall be set at June 7, 2011.

8

9  Dated:  __**May 26**_____, 2011.

10

11

12  _____

13  UNITED STATES DISTRICT JUDGE