```
                    UNITED STATES DISTRICT COURT
                   NORTHERN DISTRICT OF CALIFORNIA
```

SAFEWAY INC.,

        Plaintiff,

  v.

CITY AND COUNTY OF SAN FRANCISCO, et al.,

        Defendants.

NO. C 11-00761 CW

**MINUTE ORDER**
Date: June 2, 2011

**The Honorable Claudia Wilken, Presiding**
**Clerk: Nikki D. Riley   Court Reporter:**  Diane Skillman

**Appearances for Plaintiff:**
Susan Lowe; Thomas Klitgaard; John Dahlberg; William Murphy; Matthew Wegner

**Appearances for Defendant:**
Vince Chhabria

**Motions:**
| | | |
|---|---|---|
| Defendant | Motion to Dismiss | Under Submission |

Order to be prepared by:  Court

Notes:    Motion is argued and submitted, and taken under submission by the Court.

Next court date of June 14, 2011 at 2:00 p.m. for case management conference is vacated.

Copies to:  Chambers